COPY

**FOR CALENDAR YEAR 2006**

*(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| NEWMAN, PAULINE | U.S. Ct. of Ap. for Fed. Cir. | 05/15/2007 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Circuit Judge - Active Status | ☐ Nomination, Date ☐ Initial ☒ Annual ☐ Final  5b. ☐ Amended Report | 01/01/2006 to 12/31/2006 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 717 Madison Place, N.W. Washington, D.C. 20439 | Reviewing Officer _____ Date _____ |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| | Advisory & Review Committee | Advanced Science & Technology Adjudication Project |
| 2. | Advisory Committee | George Mason Univ. School of Law, Law & Economics Center |
| | Trustee | Trusts |
| 4. | Director | Rule of Law Foundation |
| 5. | Director | Judiciary Leadership Development Council |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 2. | | |
| 3. | | |

RECEIVED 2007 MAY 24 A 11:18 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| NEWMAN, PAULINE | 05/15/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2006 | Pension, FMC Corporation, earned before entry on duty | $ 35,100.00 |
| 2. 2006 | Royalty, West Publishing Company, textbook | $ 3,132.08 |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.* *(Dollar amount not required except for honoraria.)*

☒ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | Advanced Science & Technology Adjudication Project | Mar. 9-11, 2006; Chapel Hill, North Carolina; Travel, Lodging and Food. |
| 2. | New York Intellectual Property Law Association | Mar. 24-25; New York, New York; Travel, Lodging and Food. |
| 3. | Fordham University School of Law | Apr. 20-21; New York, New York; Travel, Lodging and Food. |
| 4. | Federal Circuit Bar Association | June 28-July 1; Albuquerque, New Mexico; Travel, Lodging and Food. |
| 5. | American Chemical Society | Sept. 9-13; San Francisco, California; Travel, Lodging and Food. |

| Name of Person Reporting | Date of Report |
|---|---|
| NEWMAN, PAULINE | 05/15/2007 |

| 6. | Stanford University Law School | Sept. 14-15; Stanford, California; Travel, Lodging and Food. |
|---|---|---|
| 7. | Advanced Science & Technology Adjudication Project | Oct. 5-7; Chicago, Illinois; Travel, Lodging and Food. |
| 8. | Appellate Judges Education Institute | Nov. 9-11; Dallas, Texas; Travel, Lodging and Food. |

FINANCIAL DISCLOSURE REPORT

Page 3 of 8

Name of Person Reporting

NEWMAN, PAULINE

Date of Report

05/15/2007

| Name of Person Reporting | Date of Report |
|---|---|
| NEWMAN, PAULINE | 05/15/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X]    NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[X]    NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NEWMAN, PAULINE | 05/15/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Canada Southern Petroleum (Common) | | None | | | Redemption | 06-30 | K | A | |
| 2. T.Rowe Price Mut.Funds (New Horizon; Div. Gr. Sci&Tech.Fund) | A | Dividend | K | T | Donatd-in-pt | | | | |
| 3. PNC Bank Accounts | B | Interest | N | T | | | | | |
| 4. First Trust Municipal Bond Fund (Oppenheimer) | B | Interest | K | T | | | | | |
| 5. First Trust Municipal Bond Fund (Oppenheimer) | B | Interest | J | T | | | | | |
| 6. American Century Growth Mutual Fund | A | Dividend | M | T | | | | | |
| 7. Oppenheimer Municipal Bond Fund | C | Interest | L | T | | | | | |
| 8. American Capital Bond Fund | A | Dividend | J | T | | | | | |
| 9. Corporate High Yield Mutual Bond Fund (Merrill Lynch) | B | Dividend | K | T | | | | | |
| 10. Bedford Money Market Portfolio | A | Dividend | J | T | | | | | |
| 11. Invesco Health Sci. Mut. Fd. (now AIM Health Sci. Mut. Fd.) | A | Dividend | K | T | | | | | |
| 12. Oklahoma Gas & Electric Co. (Common) | A | Dividend | J | T | | | | | |
| 13. Remington Oil & Gas Corp. | | None | J | T | | | | | |
| 14. American Century Select Mutual Fund | A | Dividend | M | T | | | | | |
| 15. MFS Emerging Growth Mutual Fund | A | Dividend | K | T | | | | | |
| 16. Putnam Europe Mutual Fund | B | Dividend | M | T | | | | | |
| 17. Seligman Comm. & Info. Mutual Fund | | | | | Donated | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| NEWMAN, PAULINE | 05/15/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  Franklin NY Mutual Fund | A | Dividend | K | T | | | | | |
| 19.  Franklin Fix Cap Growth Mutual Fund | A | Dividend | K | T | | | | | |
| 20.  Putnam Health Science Mutual Fund | B | Dividend | L | T | | | | | |
| 21.  Nasdaq 100 Trust | | None | K | T | | | | | |
| 22.  First Eagle Global Mutual Fund | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| NEWMAN, PAULINE | 05/15/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| NEWMAN, PAULINE | 05/15/2007 |

## IX. CERTIFICATION.

    I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

    I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Date _May 15, 2007_

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544